# EXHIBIT A

**Employee Separation - Immediate Access Removal Request**

Bohn, Sherry <sbohn@umaryland.edu>

Tue 7/16/2024 9:02 AM

To:Hockensmith, Tom <THockensmith@umaryland.edu>;help@umaryland.edu <ASC-Help@umaryland.edu>

Good morning.

EHS is in the process of separating an employee: ███████████

Please remove all access to UMB systems and email as soon as possible.

I would appreciate a confirmation when complete.

Thank you!

**Sherry S. Bohn, PhD, MSL, CBSP**
Executive Director, Environmental Health & Safety Operations
University of Maryland – Baltimore
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
703-909-2316 (cell)
sbohn@umaryland.edu

(she/her)