# EXHIBIT B

**Important - Please read**

Bohn, Sherry <sbohn@umaryland.edu>
Tue 7/16/2024 9:03 AM

To:Bohn, Sherry <sbohn@umaryland.edu>;Bolton, James <jbolton@umaryland.edu>;Bratt, Jonathan <jbratt@umaryland.edu>; Broderick, Jake <jbroderick@umaryland.edu>;Case, Edward <ecase@umaryland.edu>;Chhetri, Ram <rChhetri@umaryland.edu>;Corbitt, Erik <ecorbitt@umaryland.edu>;Fischer, Matthew <matthew.fischer@umaryland.edu>; johnson, kenneth <kmassenburgJohnson@umaryland.edu>;Miklewski, Michael <mmiklewski@umaryland.edu>;Moore, Willard <wmoore@umaryland.edu>;Nichol, Kevin <knichol@umaryland.edu>;O'Neill, John <jponeill@umaryland.edu>;Payne, Tyray <tpayne@umaryland.edu>;Pope, Jamie <jamie.pope@umaryland.edu>;Ramos, Holda <hramos@umaryland.edu>;Ridgley, Marc <mridgley@umaryland.edu>;Seals, Shakiara <sseals@umaryland.edu>;Sesay, Isata <isesay@umaryland.edu>;Shannon, Antoinette <antoinette.shannon@umaryland.edu>

EHS Team,

Unfortunately, I am in the process of separating an employee from the university. I realize this is never an easy task and may evoke strong emotions.

I ask that you give space to the third floor today as ▮▮▮▮ reconciles their personal belongings.

Thank you for your understanding.

**Sherry S. Bohn, PhD, MSL, CBSP**
Executive Director, Environmental Health & Safety Operations
University of Maryland – Baltimore
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
703-909-2316 (cell)
sbohn@umaryland.edu

(she/her)