# EXHIBIT E

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

Maryland Commission on Civil Rights                                    and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| ▮▮▮▮ (they/them/theirs) | (813) 335-5880 | 11/29/1983 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | |
| | Email Address | |
| | ▮▮▮gmail.com | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| University of Maryland, Baltimore (University System of Maryland) | 15+ | (410) 706-2606 |

| Street Address | City, State and ZIP Code |
|---|---|
| 714 W Lombard St | Baltimore, Maryland 21201 |

| Contact: Morgan Bell, Senior Employee Relations Specialist ELR Office, 620 West Lexington St, 3rd Floor Baltimore, MD 21201 | Email Address morgan.bell@umaryland.edu |
|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |
| | Email Address |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX/Gender  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: March 2024    Latest: July 16, 2024 |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See Attachment A.

I am represented by counsel in this matter. All correspondence should be directed to my attorney, Michael Ludwig, at The Spiggle Law Firm, 3601 Eisenhower Ave., Suite 425, Alexandria, Virginia 22304, mludwig@spigglelaw.com.

**Charging Party hereby requests this charge be dual filed with the appropriate Fair Employment Practices Agency pursuant to the Workshare Agreement.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 9/3/2024                    ▮▮▮▮ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Date*          *Charging Party Signature* | |

## ATTACHMENT A

██████ ████ was hired by the University of Maryland, Baltimore ("the University") on March 11, 2024, as Program Manager of EHS Projects and Compliance. ████ identifies as non-binary, uses they/them pronouns, and is a member of a protected class based on their gender identity. As the Program Manager of EHS Projects and Compliance, ████ diligently executed their responsibilities, including performing process analysis and reviewing EHS teams and key functions to assess their strengths, challenges, and overall compliance with internal and external requirements and expectations. In executing these duties, they detected defects, issues, root causes, and attempted on multiple occasions to provide the best available remediation recommendations. However, ████ efforts were met with hostility and resistance by the University rather than support. Instead of addressing these issues, ████ was subjected to a pattern of discrimination, harassment and retaliation for their engagement in protected activity, resulting in the end of their probation.

The University's discrimination and harassment against ████ manifested in various forms, including but not limited to, Executive Director Sherry Bohn, Assistant Director Matthew Fischer, and Assistant Vice President Jonathan Bratt, systematically avoiding engagement with ████ and the intentional sidelining and ostracizing of them through denied opportunities to contribute. Critical meetings essential to addressing pressing issues were abruptly cancelled without explanation, effectively excluding ████ from the problem-solving process despite their position as a Program Manager. *See* **Exhibit 1.** Ms. Bohn was largely absent during most of ████ employment within the University. Ms. Bohn either was simply not available or would cancel meetings abruptly for personal reasons. *Id.* ████ and Ms. Bohn conducted their one-on-one meetings a total of four times during ████ entire employment, including two virtual meetings. Ms. Bohn cut one of their in-person meetings short during a very important summary of events and acknowledged cutting ████ off in response to their request for a clarification via email. *See* **Exhibit 2.** The University unjustly prevented ████ from sharing vital findings with key stakeholders, including preventing them from sharing a presentation prepared for an Ombudsman meeting with Mr. Fischer and Ms. Bohn. *See* **Exhibit 1.** Furthermore, ████ concerns were dismissed, minimize, and attributed to their own alleged shortcomings despite ████ transparency presenting these concerns.

Throughout their employment with the University, ████ work was undermined through the withholding of information and inference with resources. Ms. Bohn purposely did not respond to their emails and team messages asking for clarification, updates or direction. Ms. Bohn also made arbitrary decisions regarding ████ telework requests as ████ was treated differently and made to feel bad despite their compliance with the University's Intermittent Telework Arrangement by maintaining a performance rating of at least "meets standards" and a track record of performing work accurately and efficiently without the need for close supervision. Mr. Fischer delayed meetings because he would not meet with ████ without Ms. Bohn being present. On several occasions, ████ asked for assistance or clarification from Mr. Fischer and was provided with little or zero guidance. Mr. Fischer played a very duplicitous role in pitting employees against each other and engaging in very manipulative and almost childish behavior. This was the case within his team as well as with Ms. Bohn, who has worked with Mr. Fischer for a very long time and considered each other as friends. Mr. Fischer's team was made to turn against ████ when they tried to implement their job responsibilities. Former Assistant Biosafety Officer Simone

1

Huong purposedly withheld information and made work difficult for ████ and both Ms. Bohn and Mr. Fischer were made aware of ████ issues and concerns with Ms. Huong

████ was further subjected to passive-aggressive behavior and forms of intimidation to silence them. Regarding their gender identity, ████ was forced to travel to other floors to use appropriate single-use bathrooms because of the lack of gender-neutral bathrooms on the floor they worked on. Having to travel between floors to use the restroom resulted in ████ having frequent encounters with other employees who knew they had to use a gender-neutral bathroom, a situation that became know as the "walk of shame." On two occasions, ████ mentioned to Mr. Fischer that they felt uncomfortable going to the bathroom because the only reason people would know they were on that floor was to use the bathroom. ████ first referred to this as "like a walk of shame" during this conversation. Mr. Fischer offered no guidance other than stating, "hopefully the third-floor bathroom will be remodeled soon." ████ also mentioned this issue to Ed Case and often discussed what a pain it was to walk to other floors to use the bathroom. The phrase "walk of shame" began being used after ████ was told that they can use the women's bathroom so long as they have the same "private parts."

During one of these walks to the third-floor bathroom, ████ was falsely accused by Ms. Bohn of being verbally abusive to another colleague because ████ did not greet this colleague on their way to the restroom because of their anxiety knowing that their colleagues were aware they had to walk to a different floor to use the bathroom. Around late May or early June 2024, ████ began using gender-neutral bathrooms within another building to avoid their colleagues' scorn. During this time Mr. Fischer began telling Ms. Bohn untrue things that ████ had allegedly said to his employees in an effort to cover up his loss of managerial oversight. ████ kept their head down and said nothing so that words could not be put in their mouth as Mr. Fischer was being very manipulative. ████ would purposely look at the office calendar to see who was working "in office" just so they could start to plan out their day around people they knew Mr. Fischer sought to pin against them. It was during ████ meeting with the Ombudsman office when Ms. Bohn claimed that ████ did not say hello to team members. ████ informed Ms. Bohn, "Sherry, please think about this, why would anyone purposely want to not say hi or acknowledge their colleagues? There is a serious problem here." In response, Ms. Bohn stated that ████ was "verbally abusive and that was a power move." After Ms. Bohn's statement, ████ shut down completely during the Ombudsman meeting and became motivated to further report their suffered discrimination and hostility.

To avoid further discrimination based on their gender-identity, ████ often kept their head down and refrained from speaking during their trips to the bathroom. During a call centered on remodeling the third-floor bathroom and kitchen, the topic of creating ADA-compliant and gender-neutral bathrooms versus regular bathrooms came up. Ms. Bohn messaged ████ via Microsoft Teams while they were in their own office and asked ████ to join her in her office for this call. During his call, Ms. Bohn introduced ████ in an obvious attempt to tokenize them and focus on their gender identity before the team without their permission. Ultimately, no gender-neutral bathroom was created on the third floor, facilitating ████ need to travel elsewhere to use the bathroom.

On May 31, 2024, ▮ sent an email to Ms. Bohn and Mr. Fischer requesting a meeting to discuss and clarify their roles and responsibilities regarding the Research Safety Department. *See* **Exhibit 3.** This meeting occurred on June 10, 2024, during which Ms. Bohn and Mr. Fischer presented ▮ with "new" roles and responsibilities. However, it became apparent that Ms. Bohn and Mr. Fischer's goal was to push ▮ out of the University as they were given no indication of performance issues or negative documentation. Furthermore, pursuant to University policy, ▮ should have been issued an evaluation and the opportunity to create SMART goals that allow for measurable outcomes. The "new" responsibilities issued by Ms. Bohn and Mr. Fischer did not include any measurable outcomes, and were issued to purposefully set ▮ up to fail.

During the June 10, 2024, meeting both Ms. Bohn and Mr. Fischer scoffed at ▮ concerns and attempted to gaslight them by blaming ▮ for Mr. Fischer's lack of oversight. When ▮ expressed that they were feeling psychologically unsafe and "very uncomfortable like a Pitbull pinned in a corner" Ms. Bohn laughed, shook her head, and condescendingly asked ▮ "what do you have to be scared of?" Mr. Fischer then asked ▮ "what about your job don't you understand that makes this so hard?" ▮ statement of being like a Pitbull was a reference to previous meeting where Ms. Bohn and Mr. Fischer likened Antoinette Shannon, Shakiera Seals, Shannon Sussman, and Stephanie Bradel to "stray dogs who bite, and [▮ just has to be careful." ▮ immediately spoke up against their use of "stray dogs" to describe humans, especially since Antoinette and Shakiera, both African American, have faced racial discrimination within the department before ▮ employment with the University.

Following their meeting with Ms. Bohn and Mr. Fischer on June 10, 2024, ▮ engaged in protected activity the very next day. Specifically, ▮ engaged in protected activity on June 11, 2024, by contacting the University's Ombudsman office to schedule an appointment to report harassment and possible retaliation. *See* **Exhibit 4.** ▮ emailed Ms. Bohn on June 12, 2024, inviting her to a meeting with them and Ombudsman Officer Brain Godette to address their discrimination and harassment claims. *See* **Exhibit 5.** Ms. Bohn neither accepted nor even acknowledged this invitation. Despite seeing ▮ in person on multiple occasions after the invitation was sent, Ms. Bohn never once acknowledged her awareness or intention to attend a meeting after ▮ rescheduled because Ms. Bohn was out of office. Furthermore, this invitation to Ms. Bohn was forwarded to Assistant Vice President Jonathan Bratt, whom ▮ had little interaction with previously. The forwarding of this email to Mr. Bratt greatly concerned ▮ who believed the University was not interested in discussing their discrimination and harassment complaint and rather intended to retaliate against them. ▮ emailed these concerns to Mr. Godette and the Ombudsman office on June 12, 2024. *See* **Exhibit 6.**

One month after ▮ initial request to meet with the Ombudsman office, they were finally able to meet with Ms. Bohn on July 11, 2024, to discuss their complaints. However, during this discussion, ▮ encountered resistance, patronizing behavior, and new false accusations from Ms. Bohn in response to their complains. One day before this meeting, ▮ received a Teams message from Administrative Analyst Antoinette Shannon requesting their availability to sit on an interview panel, which ▮ had previously done multiple times. However, this message was deleted following their meeting with Ms. Bohn and before ▮ could respond. ▮ emailed Mr. Godette the following day, stating "[i]t is clear I am not welcomed here at UMB and

3

don't expect I will be here much longer. I did however want to thank you again for your services." *See* **Exhibit 7.** On Monday July 15, 2024, ████ scheduled meeting with Ms. Bohn was canceled at the last minute. Although they were told this meeting would be rescheduled as soon as possible, the meeting never occurred.

In text messages with ████ after they had engaged in protected activity, Ms. Bohn acknowledged hostile behavior, stating that ████ was in a "minefield". ████ felt that they had no support from the University whatsoever after these text messages because their supervisor had acknowledged the hostile behavior but made no effort to correct it.

On July 16, 2024, Ms. Bohn asked ████ to quickly review something minutes before a leadership meeting. They were then unexpectedly met by Human Resources ("HR") Director Tanisha Burnt, the first and only HR representative ████ had encountered at the University since their start date. Ms. Bohn informed ████ that their probation was being rejected and handed them a letter confirming as such. When ████ asked for the reason, Ms. Bohn replied, "I do not have to tell you because you are under probation." When ████ further inquired about why she was not considering remediation, Ms. Bohn told them to contact their employee relations representative and stated, "you are leaving this building today and not coming back," before she exited the room. It should be noted that Ms. Fischer informed ████ that Ms. Bohn was looking at remediation services offered by the University, which was news to them as they had not been made aware of such services. ████ Ombudsman meeting with Ms. Bohn took place one month *after* Mr. Fischer's Ombudsman meeting. As such, Ms. Bohn and the University did not offer remediation to ████ or do everything they could to resolve their complaints.

Following this conversation, ████ access to email and other systems with the University were shut off, preventing them from accessing relevant employment documents. This constituted disparate treatment compared to ████ co-workers outside their protected class becasue Ms. Huong, one of ████ harassers, did not have several of her systems, including her email, shut off after she separated from the University. ████ noted this disparate treatment to Ms. Burnt, who stated that this "was unacceptable." ████ was then escorted to their office by three (3) security personnel and Ms. Shannon. ████ had to wait an excessive amount of time for boxes and a cart to pack up their office, making multiple trips to retrieve their car and park it in front of the office building to  load their work equipment. Notably, ████ did not see any of the approximately twenty-five (25) University staff members in the building at this time, suggesting they had been made aware of the circumstances and removed from the area and leading ████ to believe they were actively aware of what was occurring.

Under Maryland law, employment discrimination and harassment by state managers, supervisors, or other employees are prohibited, and employees have the right to file complaints with the EEOC or other relevant bodies if they believe they have been discriminated. This includes probationary employees, who may appeal a termination if they believe the termination was illegal or unconstitutional *See Nerenberg v. RICA*, 131 Md. App. 646. Here, ████ was discriminated against and harassed due to their gender identity and retaliated against for their engagement in protected activity. Within a month of their protected activity of reporting harassment to the Ombudsman office the University rejected ████ probation, effectively terminating their employment.

4

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# EXHIBIT 1

## RE: Biweekly EHS Projects and Compliance

**From:** ████ ████ ████ umaryland.edu

**To:** Bohn, Sherry sbohn@umaryland.edu

**Date:** Tue, Apr 23, 2024, 10:26 AM

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 281 096 498 285

Passcode: 59UCCK

---

### Dial-in by phone

+1 443-409-5274,,324052245# United States, Baltimore

Find a local number

Phone conference ID: 324 052 245#

For organizers: Meeting options | Reset dial-in PIN

---

**From:** ████ ████ ████ umaryland.edu

**To:** Bohn, Sherry sbohn@umaryland.edu

**Date:** Thu, May 9, 2024, 10:56 AM

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 281 096 498 285

Passcode: 59UCCK

---

## Dial-in by phone

+1 443-409-5274,,324052245# United States, Baltimore

Find a local number

Phone conference ID: 324 052 245#

For organizers: Meeting options | Reset dial-in PIN

_____

---

**From:** Bohn, Sherry sbohn@umaryland.edu

**To:** ███ ███ ███umaryland.edu

**Date:** Fri, May 24, 2024, 12:59 PM

conflict at this time. Can we do earlier in the morning?

---

**From:** Bohn, Sherry sbohn@umaryland.edu

**To:** ███ ███ ███umaryland.edu

**Date:** Fri, May 24, 2024, 1:04 PM

---

**From:** ███ ███ ███umaryland.edu

**To:** Bohn, Sherry sbohn@umaryland.edu

**Date:** Tue, May 28, 2024, 9:16 AM

Good morning,

Does this time work for you to reschedule this week?

**███ █ ███ (They/Them/Theirs)**

2 / 3

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

umaryland.edu

Pronouns: they, them, theirs (What is this?)

---

5 Emails

## Re: Can we move may 20 1:1 to 11 am?

---

**From:** Bohn, Sherry sbohn@umaryland.edu

**To:** ██████ ██████ ██████ umaryland.edu

**Date:** Tue, May 7, 2024, 4:13 PM

That meeting is generally tentative anyway, as it is within like 12 hours of my return from Belgium...

**Sherry S. Bohn, PhD, MSL, CBSP**

Executive Director, Environmental Health & Safety Operations

University of Maryland – Baltimore

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

703-909-2316 (cell)

sbohn@umaryland.edu

(she/her)

---

**From:** ██████ ██████ ██████ umaryland.edu

**To:** Bohn, Sherry sbohn@umaryland.edu

**Date:** Tue, May 7, 2024, 6:36 PM

Of course.

Get Outlook for iOS

---

**From:** Bohn, Sherry sbohn@umaryland.edu

**To:** ██████ ██████ ██████ umaryland.edu

**Date:** Wed, May 8, 2024, 8:59 AM

Great, thanks! I think you need to move it - your invite. 🙂

**Sherry S. Bohn, PhD, MSL, CBSP**

1 / 3

Executive Director, Environmental Health & Safety Operations

University of Maryland – Baltimore

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

703-909-2316 (cell)

sbohn@umaryland.edu


(she/her)

---

**From:** ███████ ███████ ████████umaryland.edu
**To:** Bohn, Sherry sbohn@umaryland.edu
**Date:** Thu, May 9, 2024, 9:43 AM

Would you prefer I just cancel?


**████ █ ██████ (They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

████████umaryland.edu


Pronouns: they, them, theirs (What is this?)

---

**From:** Bohn, Sherry sbohn@umaryland.edu
**To:** ████ █████ ████████umaryland.edu
**Date:** Thu, May 9, 2024, 10:33 AM

Yes, please cancel.


**Sherry S. Bohn, PhD, MSL, CBSP**

Executive Director, Environmental Health & Safety Operations

2 / 3

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

University of Maryland – Baltimore

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

703-909-2316 (cell)

sbohn@umaryland.edu


(she/her)

---

5 Emails

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# Accepted: EHS Strategic Planning - Progress Discussion over Lunch

**From:** ████ ████ ████ umaryland.edu

**To:** Bohn, Sherry sbohn@umaryland.edu

**Date:** Thu, May 9, 2024, 5:00 PM

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160



To Rohn, Sherry



Mon, May 13, 1:30 PM (2h)
You responded "No".

I will be out this day and you are out of the country.
Should we try and reschedule?

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160



Yes, please cancel.


**Sherry S. Bohn, PhD, MSL, CBSP**

Executive Director, Environmental Health & Safety Operations

University of Maryland – Baltimore

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

703-909-2316 (cell)

sbohn@umaryland.edu


(she/her)

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 281 096 498 285

Passcode: 59UCCK

## Dial-in by phone

+1 443-409-5274,,324052245# United States, Baltimore

Find a local number

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# EXHIBIT 2

## Declined: 1:1 ▮▮▮▮

**From:** ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ umaryland.edu
**To:** Bohn, Sherry sbohn@umaryland.edu
**Date:** Tue, Apr 23, 2024, 10:29 AM

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 272 484 156 429

Passcode: jALjSo

_____

### Dial-in by phone

+1 443-409-5274,,590790030# United States, Baltimore

Find a local number

Phone conference ID: 590 790 030#

For organizers: Meeting options | Reset dial-in PIN

_____

**From:** ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ umaryland.edu
**To:** Bohn, Sherry sbohn@umaryland.edu
**Date:** Thu, May 9, 2024, 10:34 AM

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 272 484 156 429

Passcode: jALjSo

_____

## Dial-in by phone

+1 443-409-5274,,590790030# United States, Baltimore

Find a local number

Phone conference ID: 590 790 030#

For organizers: Meeting options | Reset dial-in PIN

_____

_____

**From:** ███████ █████ ██████umaryland.edu
**To:** Bohn, Sherry sbohn@umaryland.edu
**Date:** Thu, May 30, 2024, 8:52 AM

I have a IATA/DOT design meeting with Matt at L&D's request. Let me know where my presence is most critical?

**████ █ █████ (They/Them/Theirs)**
Program Manager, EHS Projects & Compliance
University of Maryland, Baltimore
Environmental Health & Safety
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
██████umaryland.edu

Pronouns: they, them, theirs (What is this?)

_____

**From:** Bohn, Sherry sbohn@umaryland.edu
**To:** ███████ █████ ██████umaryland.edu

2 / 4

Date:  Thu, May 30, 2024, 10:09 AM

I am sorry - I thought I saw open time on Monday at 10. Can we do 9:30 for 30 minutes?

**Sherry S. Bohn, PhD, MSL, CBSP**

Executive Director, Environmental Health & Safety Operations

University of Maryland – Baltimore

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

703-909-2316 (cell)

sbohn@umaryland.edu

(she/her)

---

From: ███ ███ ███umaryland.edu

To:  Bohn, Sherry sbohn@umaryland.edu

Date:  Thu, May 30, 2024, 10:18 AM

Ah. I accepted the L&D invite through my teams calendar. My outlook must not have completed the sync I schedule nightly. 9:30 works as well but would like to prioritize that time for runover from the previous meeting (if needed). I will move it to 9:30 now….Thanks!



███ ███ **(They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

███████umaryland.edu

3 / 4

Pronouns: they, them, theirs (<u>What is this?</u>)

---

**From:** Bohn, Sherry sbohn@umaryland.edu
**To:** ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ umaryland.edu
**Date:** Sun, Jun 30, 2024, 8:37 PM

---

6 Emails

# EXHIBIT 3

# Re: Meeting Request - Clarification of Roles and Responsibilities (Research Safety)

**From:** ████ ████ ████umaryland.edu

**To:** Bohn, Sherry sbohn@umaryland.edu, Fischer, Matthew matthew.fischer@umaryland.edu

**Date:** Thu, May 30, 2024, 11:55 AM

Sherry and Matthew,

I am requesting a meeting to discuss and clarify my roles and responsibilities associated with the Research Safety Department. This is specifically for Matthew and his team. As you are aware, I temporarily absorbed duties that were previously being managed by Simone beginning my second day of employment. My intention was to quickly apply previously acquired skills and experience to maintain continuity during the interim period until Simone's replacement was found. However, I believe there may have been some misunderstandings, and I would like to establish clear communication and boundaries moving forward.

In addition, due to the recent internal promotion, I believe it is an opportune time to address the plan for relieving me of or at a minimum clarifying my responsibilities so there can be a fair transition  back to Matthew and team. Specifically, I would appreciate discussion on the following points:

1. **Transition Plan**: Could you please provide details regarding the timeline and process for transferring the responsibilities held by the previous Assistant Biosafety Officer back to the Research Safety Team. (I am aware backfill for the internal promotion is still required)

2. **Role and Responsibilities**: If there is an intention to retain any of the responsibilities that I have been handling, I kindly request a clear outline of what those are along with any expectations moving forward. I would also like to discuss the following areas where I have been actively involved:

   - **Coordinating Efforts**: I have been coordinating various safety initiatives cross departmentally and externally.

   - **Training Content Efforts**: Editing and publishing training content related to training services (UMB and Contract). Clarification on whether this responsibility will continue would be greatly appreciated as we have training dates approaching.

   - **SciShield Lab Management System**: I would like to discuss the transition plan for this critical tool.

   - **EHS Emails**: I have been managing communication related to environmental health and safety (EHS) training matters after it went unmonitored for months.  Understanding how this role will evolve moving forward is essential. If I am the "training coordinator" as I have been titled by this team, then I we need to request an understanding of what that job description includes to ensure my success at UMB. (It is not about a title, its about getting the job done)

- **Engagement and Partnerships**: My involvement in fostering partnerships and engagement with other departments has been significant from the start. I would like to explore how this aligns with the overall departmental goals and if I am really the person to be in this position. Specifically for this team.
- **Continuous Improvement and Organization**: Contributions to process improvements and organizational efficiency. I would like to discuss how this aspect fits into the department's vision.
- **Point of Contact and Communications**: I currently serve as the point of contact or am part of a contact group for several programs and vendors. Clarifying this role is requested.

3. **Division of Duties**: If I did not proactively pick up these duties to fill gaps, how would these responsibilities typically be allocated? Understanding the standard distribution of duties will help facilitate a seamless transition as we work towards an agreeable goal.

4. **Strategic Plans**: If any strategic plans were made without my knowledge, could you please share those with me? This will allow me to adapt, calibrate, and establish additional boundaries as needed.

I am committed to ensuring a fair and smooth handover process, and I am happy to assist in any way necessary. Your guidance on this matter is highly valued, and I appreciate your attention to this issue. Please schedule as it fits best for both of you. Thank you for your understanding.

Very Respectfully

████ ██ ████ **(They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

████umaryland.edu

Pronouns: they, them, theirs (What is this?)

---

From: ████ ████ ████umaryland.edu

To: ████ ████ ██ ████gmail.com

Date: Thu, May 30, 2024, 2:41PM

Get Outlook for iOS

---

2 Emails

# EXHIBIT 4

# RE: Appointment Request

---

**From:** ████ ████ ████ umaryland.edu
**To:** Godette, Brian  bgodette@umaryland.edu
**Date:** Tue, Jun 11, 2024, 12:42 PM

Hello Sir,

I am reaching out to request an appointment. I am experiencing behavior in an environment that is bordering harassment and my worse fear, retaliation. Please let me know the best way to coordinate this. Thank you kindly.

**████ ██ ████ (They/Them/Theirs)**
Program Manager, EHS Projects & Compliance
University of Maryland, Baltimore
Environmental Health & Safety
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
████ umaryland.edu

Pronouns: they, them, theirs ([What is this?](#))

---

**From:** Godette, Brian  bgodette@umaryland.edu
**To:** ████ ████ ████ umaryland.edu
**Date:** Tue, Jun 11, 2024, 12:44 PM

Hello ████

Are you available to meet by Zoom tomorrow?

Brian Godette

---

**From:** ████ ████ ████ umaryland.edu
**To:** Godette, Brian  bgodette@umaryland.edu

1 / 5

Date: Tue, Jun 11, 2024, 12:47 PM

Hi Brian,

Thank you for the quick response. I am available 9-10 and after 1 tomorrow. I have flexibility the rest of the week as well.

**████ ██ ████ (They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

████████ umaryland.edu

Pronouns: they, them, theirs (What is this?)

---

From: Godette, Brian bgodette@umaryland.edu

To: ████ ████ ████ umaryland.edu

Date: Tue, Jun 11, 2024, 12:49 PM

Ok, send me a Zoom invite for tomorrow at 9:00 am.

---

From: ████ ████ ████ umaryland.edu

To: Godette, Brian bgodette@umaryland.edu

Date: Tue, Jun 11, 2024, 12:52 PM

Great, thank you. Is Teams ok? I cannot send a zoom request.

**████ ██ ████ (They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

410-706-7055 (main)

███████umaryland.edu

Pronouns: they, them, theirs (<u>What is this?</u>)

---

**From:** Godette, Brian bgodette@umaryland.edu

**To:** ████ █████ ██████umaryland.edu

**Date:** Tue, Jun 11, 2024, 12:56 PM

Yes, Teams works.

---

**From:** ████ █████ ██████umaryland.edu

**To:** Godette, Brian bgodette@umaryland.edu

**Date:** Tue, Jun 11, 2024, 1:03 PM

Thank you.

████ ██ █████ **(They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

███████umaryland.edu

Pronouns: they, them, theirs (<u>What is this?</u>)

---

**From:** ████ █████ ██████umaryland.edu

**To:** Godette, Brian bgodette@umaryland.edu

**Date:** Wed, Jun 12, 2024, 11:27 AM

Hi Brian,

Thank you again. Truly.

Would it be appropriate to go ahead and schedule a similar meeting with my direct supervisor, Sherry, as well?

**████ ██ ████ (They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

Baltimore, MD 20201

410-706-7055 (main)

████████umaryland.edu

Pronouns: they, them, theirs (<u>What is this?</u>)

---

**From:** Godette, Brian bgodette@umaryland.edu

**To:** ████ █████ ███████umaryland.edu

**Date:** Wed, Jun 12, 2024, 1:00 PM

Hi ██████

Yes, go ahead and schedule a meeting with Sherry as well.

Brian

---

**From:** ████ █████ ███████umaryland.edu

**To:** Godette, Brian bgodette@umaryland.edu

**Date:** Wed, Jun 12, 2024, 2:03 PM

Ok great. Will take care of that as well.

**████ ██ ████ (They/Them/Theirs)**

Program Manager, EHS Projects & Compliance

University of Maryland, Baltimore

Environmental Health & Safety

714 W. Lombard Street

4 / 5

Baltimore, MD 20201

410-706-7055 (main)

███████umaryland.edu

Pronouns: they, them, theirs (<u>What is this?</u>)

---

10 Emails

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# EXHIBIT 5

# Accepted: Invitation to Meet with UMB Ombuds Officer

From: ████ ████ ████umaryland.edu

To: Bohn, Sherry sbohn@umaryland.edu, Godette, Brian bgodette@umaryland.edu

Date: Wed, Jun 12, 2024, 3:12 PM

I am inviting you to a meeting with the UMB Ombuds Officer, Brian Godette, and myself. The purpose of this meeting is to address and resolve the conflicts we have been experiencing, and to find a path forward that is fair and productive for both of us.

If you are not familiar with Ombud services, they are committed to providing confidential, neutral, informal, and independent support to faculty and staff. They assist in expressing concerns, resolving disputes, managing conflict, seeking equitable solutions, and enhancing communication. You are welcome to reach out to the Ombuds in advance to discuss any concerns or provide context before our joint meeting.

I believe context is critical in this matter and understand how important it is to you. If you are able, I encourage you to schedule a meeting beforehand with the Ombuds by emailing Brian at bgodette@umaryland.edu. I believe this session will be beneficial in resolving our issues and improving our working relationship.

Thank you for your understanding.

Very Respectfully

██████ ██ ████ **(They/Them/Theirs)**
Program Manager, EHS Projects & Compliance
University of Maryland, Baltimore
Environmental Health & Safety
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
████umaryland.edu

Pronouns: they, them, theirs (What is this?)

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 282 329 065 730

Passcode: aJ5h2M

_____

**Dial in by phone**

+1 443-409-5274,,399635178# United States, Baltimore

Find a local number

Phone conference ID: 399 635 178#

For organizers: Meeting options | Reset dial-in PIN

_____

_____

**From:** ███████ ████ ██████umaryland.edu

**To:** Godette, Brian bgodette@umaryland.edu

**Date:** Wed, Jun 12, 2024, 6:21PM

Hi Brian

I received a notification indicating that my invitation to Sherry was forwarded directly to her supervisor, Jonathan Bratt. I must admit, this development makes me feel even more uncomfortable and further isolated, as I have had little interaction with Mr. Bratt and have not previously shared any information with him or given indication of concern.

From my very first day of employment at UMB , I've witnessed and personally experienced the effects of covert triangulation within this department by members of the leadership, supervisor, and frontline teams collectively. The overtness of it now potentially spreading at the senior leadership level makes me fear for my future at UMB. What are your thoughts or recommendations at this point? Do I now need to schedule a third meeting with Jon?

Originally, my intention was to handle this matter discreetly, without involving additional parties

2 / 6

outside of you, Matthew and Sherry. Today was not a good day to be in office and while indirectly communicated, it was very clear that Matthew was not pleased to receive the invitation. This whole situation is overwhelming and anxiety provoking. I'm not feeling hopeful, and it is a devastating feeling as I have worked very hard to get exactly where I am personally and professionally.

I simply just want to show up to work with my best self and do my job. I know I am not perfect in my role and I have no desire to be. However, I am very talented and passionate and am an asset to this team and university. I thrive off seeing my team, department, and organization grow and improve because of my contributions. That is what fulfills me professionally. Its such a simple satisfaction but seems impossible now. Currently, I do not even feel emotionally or psychologically safe enough to walk into the office. I'm at a complete loss. Thank you kindly for your time and efforts in advance.
– █████

---

**From:** ████ ████ ████umaryland.edu
**To:** Godette, Brian bgodette@umaryland.edu
**Date:** Fri, Jun 21, 2024, 1:27 PM

Hi Brian,

I hope you have had a calm week. Just wanted to follow up and see if you were able to connect with Jonathon Bratt.

Separately, if you are willing, I'd really appreciate gaining insight into your career in law and how you found yourself in an Ombuds role. Or did it find you? Is the work fulfilling? What is a bad day like for

Thank you kindly for all that you do – █████

---

**From:** ████ ████ ████umaryland.edu
**Cc:** Bratt, Jonathan jbratt@umaryland.edu
**Date:** Tue, Jul 2, 2024, 10:12 AM

I am inviting you to a meeting with the UMB Ombuds Officer, Brian Godette, and myself. The purpose of this meeting is to address and resolve the conflicts we have been experiencing, and to find a path forward that is fair and productive for both of us.

If you are not familiar with Ombud services, they are committed to providing confidential, neutral, informal, and

3 / 6

independent support to faculty and staff. They assist in expressing concerns, resolving disputes, managing conflict, seeking equitable solutions, and enhancing communication. You are welcome to reach out to the Ombuds in advance to discuss any concerns or provide context before our joint meeting.

I believe context is critical in this matter and understand how important it is to you. If you are able, I encourage you to schedule a meeting beforehand with the Ombuds by emailing Brian at bgodette@umaryland.edu. I believe this session will be beneficial in resolving our issues and improving our working relationship.

Thank you for your understanding.

Very Respectfully

████ ██ ████ **(They/Them/Theirs)**
Program Manager, EHS Projects & Compliance
University of Maryland, Baltimore
Environmental Health & Safety
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
████████umaryland.edu

Pronouns: they, them, theirs (What is this?)

_____

# Microsoft Teams Need help?

## **Join the meeting now**

Meeting ID: 282 329 065 730

Passcode: aJ5h2M

_____

**Dial in by phone**

+1 443-409-5274,,399635178# United States, Baltimore

Find a local number

Phone conference ID: 399 635 178#

For organizers: <u>Meeting options</u> | <u>Reset dial-in PIN</u>

_____

_____

**From:** ████ ████ ████umaryland.edu
**To:** Bohn, Sherry sbohn@umaryland.edu, Godette, Brian bgodette@umaryland.edu
**Date:** Tue, Jul 2, 2024, 10:12 AM

I am inviting you to a meeting with the UMB Ombuds Officer, Brian Godette, and myself. The purpose of this meeting is to address and resolve the conflicts we have been experiencing, and to find a path forward that is fair and productive for both of us.

If you are not familiar with Ombud services, they are committed to providing confidential, neutral, informal, and independent support to faculty and staff. They assist in expressing concerns, resolving disputes, managing conflict, seeking equitable solutions, and enhancing communication. You are welcome to reach out to the Ombuds in advance to discuss any concerns or provide context before our joint meeting.

I believe context is critical in this matter and understand how important it is to you. If you are able, I encourage you to schedule a meeting beforehand with the Ombuds by emailing Brian at <u>bgodette@umaryland.edu</u>. I believe this session will be beneficial in resolving our issues and improving our working relationship.

Thank you for your understanding.

Very Respectfully

**████ ████ (They/Them/Theirs)**
Program Manager, EHS Projects & Compliance
University of Maryland, Baltimore
Environmental Health & Safety
714 W. Lombard Street
Baltimore, MD 20201
410-706-7055 (main)
████<u>umaryland.edu</u>

5 / 6

Pronouns: they, them, theirs (What is this?)

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 282 329 065 730

Passcode: aJ5h2M

_____

**Dial in by phone**

+1 443-409-5274,,399635178# United States, Baltimore

Find a local number

Phone conference ID: 399 635 178#

For organizers: Meeting options | Reset dial-in PIN

_____

**From:** Godette, Brian bgodette@umaryland.edu
**To:** ████ ████ ███████umaryland.edu
**Date:** Tue, Jul 2, 2024, 10:14 AM

6 Emails

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# EXHIBIT 6

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

I received a notification indicating that my invitation to Sherry was forwarded directly to her supervisor, Jonathan Bratt. I must admit, this development makes me feel even more uncomfortable and further isolated, as I have had little interaction with Mr. Bratt and have not previously shared any information with him or given indication of concern.

From my very first day of employment at UMB , I've witnessed and personally experienced the effects of covert triangulation within this department by members of the leadership, supervisor, and frontline teams collectively

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

The overtones of it now potentially spreading at the senior leadership level makes me fear for my future at UMB. What are your thoughts or recommendations at this point? Do I now need to schedule a third meeting with Jon?

Originally, my intention was to handle this matter discreetly, without involving additional parties outside of you, Matthew and Sherry. Today was not a good day to be in office and while indirectly communicated, it was very clear that Matthew was not pleased to receive the invitation. This whole situation is overwhelming and anxiety provoking. I'm not feeling hopeful, and it is a devastating feeling as I have worked very hard to get exactly

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

I simply just want to show up to work with my best self and do my job. I know I am not perfect in my role and I have no desire to be. However, I am very talented and passionate and am an asset to this team and university. I thrive off seeing my team, department, and organization grow and improve because of my contributions. That is what fulfills me professionally. Its such a simple satisfaction but seems impossible now. Currently, I do not even feel emotionally or psychologically safe enough to walk into the office. I'm at a complete loss. Thank you kindly for your time and efforts in advance. – █████

. . .

# EXHIBIT 7

Docusign Envelope ID: FFA558CC-AE32-4657-A497-C8A82CF3D160

# Thanks Again

**From:** ████ ████ ███████ umaryland.edu
**To:** Godette, Brian bgodette@umaryland.edu
**Date:** Fri, Jul 12, 2024, 6:19 AM

Brian

It is clear I am not welcomed here at UMB and don't expect I will be here much longer. I did however want to thank you again for your services.

Have a great weekend.

████

1 / 1