# EXHIBIT F

---------- Forwarded message ---------
From: **Levy, Katie** <klevy@umaryland.edu>
Date: Fri, Jun 13, 2025 at 5:23 PM
Subject: FW: Charge No: 531-2024-05311
To: fmundaca@mundacalaw.com <fmundaca@mundacalaw.com>
Cc: King, Lishayne <lishayne.king@umaryland.edu>, lmotaung@mundacalaw.com <lmotaung@mundacalaw.com>

Mr. Mundaca:

My colleague Lishayne King and I received your correspondence regarding the above Charge, which we assume is related to ███ ███ based on the Charge Number and your previous correspondence.

We are available to discuss this matter later this afternoon between 3:30 and 5 if that works for you.  Otherwise, we are available to discuss Tuesday or Wednesday.

Thanks,
Katie

**Katherine Levy**

University Counsel

University of Maryland Baltimore

220 Arch Street, Room 03-111

Baltimore, MD  21202

Main: (410) 706-5353

Direct: (410) 706-3628

Email: klevy@umaryland.edu

**From:** Leatitia Motaung <lmotaung@mundacalaw.com>
**Sent:** Thursday, June 12, 2025 1:18 PM
**To:** King, Lishayne <lishayne.king@umaryland.edu>
**Subject:** Charge No: 531-2024-05311

You don't often get email from lmotaung@mundacalaw.com. Learn why this is important

**CAUTION:** This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

Good afternoon, Ms. King:

Please find the attached correspondence from the desk of Francisco E. Mundaca, Esq., on behalf of The Mundaca Law Firm and our client, J.Doe.

Best Regards,

Main: 202-474-8500 | Direct: 240-207-6035

lmotaung@mundacalaw.com

https://www.mundacalaw.com

**Leatitia
Motaung**
Paralegal
The Mundaca
Law Firm

1997 Annapolis Exchange Pkwy, Suite 300, Annapolis, MD 21401
1300 I Street Northwest, Suite 400E, Washington, D.C. 20005

**THE MUNDACA LAW FIRM**
D C | M D | V A | N Y | T X

**The Mundaca Law Firm LLC**
1997 Annapolis Exchange Pkwy, Suite 300, Annapolis, Maryland 21401
1300 I Street NW, Suite 400E, Washington, D.C. 20005
Tel: +1 (202) 474 8500
www.mundacalaw.com

**June 12, 2025**

Via E-mail: lishayne.king@umaryland.edu
Lishayne King, Esq.
Associate University Counsel, Office of University Counsel
220 Arch Street, 14th Floor, Room 03-111
Baltimore, MD 21201

**Re:    Charge No: 531-2024-05311**

Ms. King**:**

Please be advised that this firm has been formally authorized to initiate legal action against the University of Maryland, Baltimore ("UMB") for violations of Title VII of the Civil Rights Act of 1964, as well as all applicable anti-discrimination statutes under Maryland law.

Our client, *J. Doe*, has directed us to proceed with the preparation and filing of a complaint, and to coordinate any necessary public disclosures in accordance with applicable rules and procedures. We fully intend to initiate suit within the statutory ninety-day period following receipt of the Notice of Right to Sue.

Notwithstanding the foregoing, and in a final effort to resolve this matter without litigation, our client has authorized us to extend a settlement demand that would constitute a full and final resolution of all asserted claims. This offer is made in good faith and with the hope of reaching an amicable resolution.

**1. Institutional Reform Commitments**

- Public reinstatement and revision of UMB's Diversity, Equity, and Inclusion Strategic Plan, with enforceable measures to address psychological safety, demographic transparency, and equitable treatment of transgender and nonbinary individuals.

- Modernization and public dissemination of grievance and retaliation procedures to ensure clarity, accessibility, and legal compliance.

- Mandatory training for leadership and HR personnel on federal and state protections surrounding Title VII, LGBTQ+ privacy, and protected activity reporting.

Francisco E. Mundaca | Managing Partner | 1 202 474-8500 |  fmundaca@mundacalaw.com

**2. Public Good Donation – $49,000**

- A one-time donation to a Baltimore-based LGBTQ+ nonprofit, supporting psychological safety and anti-violence work, made anonymously in the name of "Unknown." This contribution honors the 49 lives lost at the Pulse nightclub massacre and reflects a concrete step toward the university's stated inclusion values.

**3. Compensatory Damages – $300,000**

- To address the harm suffered by *J. Doe*, including reputational damage, emotional distress, loss of income and tuition remission, and long-term professional barriers resulting from public termination and retaliatory actions.

Should the University not engage in substantive settlement negotiations by close of business on June 13th, we will finalize the preparation of our court complaint and cease all settlement discussions for the foreseeable future.

Please also be advised that a coordinated media release is scheduled for **June 15, 2025**, marking the five-year anniversary of the *Bostock v. Clayton County* decision. This release will serve as notice of the forthcoming Court Complaint that will highlight systemic failures in UMB's equity practices.

Media outlets and stakeholders notified include, but are not limited to:

- Krishna Sharma and Elleigh Wolfe – *The Baltimore Banner*
- *The Washington Blade*
- *The 19th*
- *The Advocate*
- *LGBTQ Nation*
- *NBC Out*
- *The Chronicle of Higher Education*
- *Maryland Matters*
- *Inside Higher Ed*
- *Human Rights Campaign*
- *Lambda Legal*
- *Trans Journalists Association*

Our client seeks a resolution rooted in transparency, accountability, and a genuine commitment to the values UMB publicly upholds. We are prepared to proceed and remain open to resolution—if pursued in good faith. We hope UMB is prepared to meet this moment.

Please be guided accordingly.

Sincerely,

Francisco E. Mundaca, Esq.

2

Francisco E. Mundaca | Managing Partner |  202 474 8500 |  fmundaca@mundacalaw.com