**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

J. DOE,                                               *

        *Plaintiff*,                               *

      v.                                          *

           *   No. 1:25-cv-02242-JRR

UNIVERSITY OF MARYLAND,                    *
BALTIMORE,

        *Defendant*.                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**ORDER**</u>

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, for Protective Order, and to Seal Portions of the Record (ECF No. 6) (the "Motion"), and the University of Maryland, Baltimore's Opposition thereto, it is hereby, this ___ day of _____, 2025, **ORDERED** that Plaintiff's Motion is **DENIED.**

**SO ORDERED**.

                      _____
                      The Honorable Julie R. Rubin
                      United States District Judge