**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**
Northern Division

| | | |
|---|---|---|
| J. DOE, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION NO: |
| | ) | 1:25-cv-02242-JRR |
| v. | ) | |
| | ) | |
| THE UNIVERSITY OF MARYLAND, | ) | |
| BALTIMORE | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

---

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MEMORANDUM IN SUPPORT OF PARTIAL MOTION TO DISMISS

Plaintiff J. Doe ("Plaintiff"), by and through undersigned counsel, respectfully moves this Honorable Court to strike Defendant's Memorandum in Support of its Motion for Partial Dismissal (Doc. 9-1) for failure to comply with Local Rule 105.3. The Memorandum is thirty-three (33) pages in length, exceeding the thirty (30) page limit mandated by the Rule. Defendant did not seek, and this Court did not grant, leave to exceed the page limit. A memorandum of law in support of this motion is filed herewith.

Dated: September 25, 2025

Respectfully submitted,

*/s/ Francisco E. Mundaca*
Francisco E. Mundaca, Esq.
(Bar No. 21701)
fmundaca@mundacalaw.com

*/s/ Zachary S. Aman*
Zachary S. Aman, Esq.
(Bar No. 31628)
zaman@mundacalaw.com

THE MUNDACA LAW FIRM, LLC
1997 Annapolis Exchange Parkway, Suite 300
Annapolis, MD 21401
Phone: (202) 474-8500
Fax: (240) 233-8626

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing on all counsel of record via electronic filing using the Court's ECF system:

Michelle McGeough
Federal Bar No. 28778
Assistant Attorney General
 Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
MMcGeogh@oag.state.md.us
(410) 576-7941
(410) 576-6437 (facsimile)

*Attorney for University of Maryland, Baltimore*

/s/ Francisco E. Mundaca

2