**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**
Northern Division

| | | |
|---|---|---|
| J. DOE, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION NO: |
| | ) | 1:25-cv-02242-JRR |
| v. | ) | |
| | ) | |
| THE UNIVERSITY OF MARYLAND, | ) | |
| BALTIMORE | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

## ORDER

THIS MATTER is before the Court on Plaintiff J. Doe's Motion to Strike Defendant's Memorandum in Support of its Motion for Partial Dismissal (Doc. 9-1), and having considered the Motion, it is hereby:

ORDERED, that the Plaintiff's Motion is GRANTED; and it is further

ORDERED, that Defendant's Memorandum in Support of its Motion for Partial Dismissal (Doc. 9-1) is STRICKEN from the record; and it is further

ORDERED, that in the alternative, should the Court deny Plaintiff's Motion in whole or in part, Plaintiff's deadline to respond to Defendant's Motion for Partial Dismissal shall be extended by fourteen (14) days from the date of this Order.

**IT IS SO ORDERED**.


Date: _____                          _____
                                             Honorable Julie Rebecca Rubin
                                             District Judge
                                             United States District Court of Maryland